UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUBEN CONJI HOLTON, | CIVIL NO. 4:22-CV-00487 |
| Plaintiff, | (NEARY, J.) |
| v. | (LATELLA, M.J.) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### ORDER

AND NOW, this 14th day of November, 2025, for the reasons stated in the Memorandum filed simultaneously herewith, it is **HEREBY ORDERED** that Plaintiff's request to compel the production of discovery (Doc. 38) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's request to compel discovery (Doc. 38) is **GRANTED ONLY** as to the requested performance evaluations. Defendant is **HEREBY ORDERED** to produce the performance evaluations for Bret Brosious, Ellen-Mace-Liebson, and Mary Spiese. Defendant may redact all information in those reviews with the exception of information stating whether those individuals did or did not satisfactorily perform their duties. Defendant is directed to produce the documents on or before **December 5, 2025**.

2. Plaintiff's request to compel the production of discovery (Doc. 38) is **DENIED** in all other respects.

3. To the extent Plaintiff wishes to amend his response to Defendant's Motion for Summary Judgment based upon the discovery received, he must file an amended response on or before **January 2, 2026.**


**/s/ Leo A. Latella**
Leo A. Latella
United States Magistrate Judge